UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CORALYN GRUBBS, LEWIS SMITH, ALI
RIVERA, and SEAN MILLER, individually and
on behalf of all other persons similarly situated,

                             Plaintiffs,

            - against -

HOWARD SAFIR, in his official capacity as
Police Commissioner of the City of New York;
NEW YORK CITY POLICE DEPARTMENT;
BERNARD KERIK, in his official capacity as
Commissioner of Correction of the City of New
York; NEW YORK CITY DEPARTMENT OF
CORRECTION; RUDOLPH GIULIANI, in his
official capacity as Mayor of the City of New
York; and THE CITY OF NEW YORK,

                             Defendants.

------------------------------------------------------------------x

**ORDER APPROVING
STIPULATION OF
SETTLEMENT AND
FINAL
JUDGMENT**

92 Civ. 2132 (DC)

        Counsel for the parties having jointly sought, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, approval by this Court of the Stipulation of Settlement entered into by the parties and dated June 17, 1999 ("Settlement"); and the Court, by order dated June 29, 1999, having directed that notice be given to the class in the manner set forth in the order and that a fairness hearing be held on September, 17, 1999, at 9:30 a.m., in Courtroom 11A of the courthouse for the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York; and the Court, on September 17, 1999, having conducted a fairness hearing to determine whether the proposed settlement is fair, reasonable,

and adequate; and the Court having found the Settlement to be fair, reasonable and adequate and approved the settlement for the reasons set forth at that hearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Settlement is approved and adopted as a judgment of this court; that plaintiffs' claims against the defendants are dismissed with prejudice; and that the Court will retain jurisdiction over this action in accordance with the terms of the Settlement.

SO ORDERED:

_____
U.S.D.J.

Dated:   New York, New York
         September 22, 1999

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 9/27/99

-2-