UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

CORALYN GRUBBS et al,

                    Plaintiffs,      92 Civ. 2132 (DC)

    -against-

                             ~~PROPOSED~~ ORDER

HOWARD SAFIR, et al,

                    Defendants

------------------------------------------------------------------- X

**WHEREAS**, the above-captioned action was filed in 1992 and was closed in 1999 pursuant to a Stipulation of Settlement, and

**WHEREAS**, the parties seek the Court's approval of a temporary modification of the Stipulation of Settlement,

It is hereby **ORDERED** that:

This action shall be reopened and reassigned to a Judge of this Court; and

The Clerk of the Court shall transfer this action to the electronic case filing system.

Dated: March 26, 2015
New York, New York

                                                SO ORDERED

                                                _/s/ Loretta A. Preska_
                                                Loretta A. Preska
                                                United States District Judge