

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CORALYN GRUBBS, LEWIS SMITH, AL
RIVERA, and SEAN MILLER, individually and
on behalf of all other persons similarly situated,

                Plaintiffs,

v.

HOWARD SAFIR, in his official capacity as Police
Commissioner of the City of New York; NEW
YORK CITY POLICE DEPARTMENT;
BERNARD KERIK, in his official capacity as
Commissioner of Correction of the City of New
York; NEW YORK CITY DEPARTMENT OF
CORRECTION; RUDOLPH GIULIANI, in his
official capacity as Mayor of the City of New
York; and THE CITY OF NEW YORK,

                Defendants.

Case No. 92-cv-2132
(GBD)

[~~PROPOSED~~] ORDER TO SHOW
CAUSE WHY DEFENDANTS
SHOULD NOT BE FOUND IN
VIOLATION OF SETTLEMENT
ORDER AND FOR PRELIMINARY
INJUNCTION AND TEMPORARY
RESTRAINING ORDER

---

Upon sufficient cause appearing from the annexed Affidavit of Christopher Pisciotta, sworn to the date of October 1, 2015; the Affidavit of F.V., sworn to the date of September 30, 2015; the Memorandum of Law in Support of Plaintiffs' Motion by Order to Show Cause for (1) an order finding Defendants the City of New York and the New York City Department of Correction in violation of the September 24, 1999 Order approving settlement and, as a remedy, ordering the City to remove all surveillance cameras from the attorney-client interview rooms in the Richmond County Criminal Court; and (2) a Temporary Restraining Order and Preliminary Injunction, dated October 1, 2015, and upon the September 24, 1999 Order Approving Settlement annexed hereto, it is hereby

ORDERED, that the Defendants the City of New York and the New York City Department of Corrections show cause before this Court, at Room _11A_, United States

Americas 90925113 (2K)

Courthouse, 500 Pearl Street, in the City, County and State of New York, on October _15_, 2015, at _11:00_ a.m., or as soon thereafter as counsel may be heard, why an order should not be issued (1) finding the City of New York and the New York City Department of Corrections in violation of the September 24, 1999 Order Approving Settlement in this action and ordering, as a remedy, the permanent removal of all surveillance cameras from the attorney-client interview rooms the Richmond County Criminal Court; and (2) granting a preliminary injunction, pursuant to Fed. R. Civ. P. 65(a), ordering the City of New York and the New York City Department of Corrections to immediately remove such surveillance cameras while the proceedings to enforce the the September 24, 1999 Order Approving Settlement are pending; and (3) granting an order, pursuant to Fed. R. Civ. P. 65(b), temporarily restraining the Defendants from operating such cameras while Plaintiffs' application for a preliminary injunction is pending, and it is further

ORDERED that service of a copy of this Order to Show Cause and all papers submitted in support thereof upon the City of New York and the New York City Department of Corrections or their counsel, by hand, email, or overnight mail, on or before _5:00_ p.m. on October _2_, 2015 shall be deemed good and sufficient service thereof, and it is further

ORDERED that papers in opposition to Plaintiffs' application for a preliminary injunction, if any, shall be served by hand, email, or overnight mail upon Plaintiffs' counsel on or before _5:00_ p.m. on October _8_, 2015, and it is further

ORDERED that reply papers in further support of Plaintiffs' application for a preliminary injunction, if any, shall be served by hand, email, or overnight mail upon Plaintiffs' counsel on or before _5:00_ p.m. on October _13_, 2015.

_[handwritten:] And ORDERED that [illegible] the [illegible] by Plaintiff on or before [illegible]._ (GBD)

DATED: New York, New York

ISSUED: 5:10 P.M

OCT 01 2015

_____
United States District Judge