UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CORALYN GRUBBS, et al.,

                    Plaintiffs,

     -against-

LEE BROWN, et al.,

                    Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 20 2015

ORDER

92 Civ. 02132 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record at the October 20, 2015 conference, while this action is pending or until otherwise ordered by this Court, the City of New York and the New York City Department of Corrections are temporarily enjoined from continuous minute-by-minute recording or monitoring by camera of attorney-client private consultations at the Richmond County Criminal Court attorney-client interview rooms.

Dated:    October 20, 2015
             New York, New York

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge