UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CORALYN GRUBBS, et al.,

                          Plaintiffs,

      -against-

LEE BROWN, et al.,

                          Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:

Order to Show Cause for Preliminary Injunction and Temporary Restraining Order

92 Civ. 02132 (GBD)

GEORGE B. DANIELS, United States District Judge:

Upon the letter submitted by Defendants dated October 28, 2015 and the letter submitted by Plaintiffs dated October 30, 2015, it is

ORDERED, that Defendants show cause before this Court, Room 11A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on November 5, 2015, at 10:45 AM thereof, why an order should not be issued pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the City of New York and the New York City Department of Corrections from all recording or monitoring by camera of attorney-client private consultations at the Richmond County Criminal Court attorney-client interview rooms during the pendency of this action or until further order of this Court; and it is further

-2-

ORDERED that, sufficient reason having been shown therefor, pursuant to Rule 65(b), Fed. R. Civ. P., the City of New York and the New York City Department of Corrections are temporarily restrained from recording or monitoring by camera any attorney-client private consultations at the Richmond County Criminal Court attorney-client interview rooms.

Dated:   October 30, 2015, 5:00 PM
          New York, New York

_____
GEORGE B. DANIELS
United States District Judge