USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 04 2015

**WHITE & CASE**

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: NOV 04 2015

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
T +1 212 819 8200

whitecase.com

November 4, 2015

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Grubbs* v. *Safir*, Case No. 92-cv-2132 (GBD) – Request for Adjournment of Show-Cause Hearing

Dear Judge Daniels:

We write jointly on behalf of Plaintiffs and Defendants to respectfully request an adjournment of the Order to Show Cause hearing scheduled for November 5, 2015, at 10:45 a.m.

On November 2, the parties held a telephone conference to discuss the possibility of a resolution of the dispute relating to the surveillance cameras in the pre-arraignment attorney-client interview rooms in the Richmond County Criminal Court. While the parties were unable to agree to a resolution at that conference, we intend to continue our discussions.

The parties propose that, in lieu of setting a hearing date at this time, the parties report back to the Court as to the status of their discussions on or before November 24, 2015. In the interim, the Defendants will continue to refrain from any video monitoring or recording in the pre-arraignment attorney-client interview rooms in the Richmond County Courthouse, unless otherwise ordered by the Court.

Respectfully submitted,

*Gregory G. Little*
Gregory G. Little
Colin T. West
Joshua Elmore
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200

Americas 90906630 (2K)

**WHITE & CASE**

Hon. George B. Daniels
November 4, 2015

William Gibney
Cynthia Conti-Cook
THE LEGAL AID SOCIETY
Criminal Defense Practice
Special Litigation Unit
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3419

*Attorneys for Plaintiffs*

cc:   Counsel for Defendants:

     Zachary Carter (via email)
     Heidi Grossman (via email)
     Lawrence Byrne (via email)
     Janice Birnbaum (via email)
     Celia Rhoads (via email)
     Alexander Crohn (via email)
     Martin Bowe (via email)