

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JANICE BIRNBAUM
Phone: 212-356-2085
Fax: 212-356-2439
Email: jbirnbau@law.nyc.gov

November 24, 2015

*By ECF*
Hon. George B. Daniels, U.S.D.J.
United States District Court
500 Pearl Street
New York, N.Y. 10007

      Re:  *Grubbs v. Safir;* 92 Civ. 2132 (GBD) – Status Report

Dear Judge Daniels:

      This joint status letter is submitted on behalf of all parties to bring the Court current on the status of our collaboration to date to try to amicably resolve this matter in regard to the new Staten Island courthouse.

      By way of background, on October 20, the Court ordered that the Defendants temporarily refrain from any video monitoring or recording of the pre-arraignment attorney-client interview rooms in the Richmond County Criminal Court, pending a November 5 hearing [ECF No. 82]. On November 4, upon the parties' joint request, the Court adjourned the November 5 hearing and ordered the parties to report back to the Court as to the status of their discussions by November 24 [ECF No. 88].

      On November 9 and 19, 2015, the City facilitated walk-throughs for counsel of all parties of the criminal court pens and adjoining attorney-client interview booths at both the new Staten Island courthouse and, for comparison purposes, the Brooklyn courthouse located on Schermerhorn Street. In addition, the parties hope to meet during the week of December 7 to continue our discussions. We are working on setting up a mutually acceptable date. We will provide the Court with another update on or before December 23, 2015.

Respectfully,

Janice Birnbaum
Senior Counsel

cc. via email:  All Counsel of record