
| ZACHARY W. CARTER | THE CITY OF NEW YORK | JANICE BIRNBAUM |
|---|---|---|
| *Corporation Counsel* | **LAW DEPARTMENT** | Phone: (212) 356-2085 |
| | 100 CHURCH STREET | Fax: (212) 356-2439 |
| | NEW YORK, NY 10007 | E-mail:jbirnbau@law.nyc.gov |

December 23, 2015

*By ECF*
Hon. George B. Daniels, U.S.D.J.
United States District Court
500 Pearl Street
New York, N.Y. 10007

      Re:  *Grubbs v. Safir;* 92 Civ. 2132 (GBD) – Status Report

Dear Judge Daniels:

      This joint status letter is submitted on behalf of all parties, as promised in our prior joint status letter of November 24, 2015. This letter concerns our attempts to amicably resolve this matter in regard to certain issues concerning the new Staten Island courthouse. As described in our last letter to the Court, in November, the City facilitated walk-throughs for counsel of all parties of the criminal court pens and adjoining attorney-client interview booths at both the new Staten Island courthouse and, for comparison purposes, the Brooklyn courthouse located on Schermerhorn Street.

      Following those walk-throughs, the parties held an in-person meeting on December 18, 2015, to discuss potential resolutions of the disputed issues. While no resolution was reached at that meeting, the parties plan to continue their discussions and have agreed to provide each other with certain information to facilitate those discussions. We will provide the Court with another status update on or before January 22, 2016.

                                                               Respectfully,

                                                             /s/
                                                             Janice Birnbaum
                                                             Senior Counsel

cc. via email:  All Counsel of record