UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

CORALYN GRUBBS, ET AL.,

                    Plaintiffs,

-against-

HOWARD SAFIR, ET AL.,

                    Defendants.

-------------------------------------------------------------- x

**SEALING ORDER AND PROTECTIVE ORDER**

**92 CV 2132 (GBD)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 22 2016

    **WHEREAS**, on November 18, 2015, the official transcript of the proceedings held in this matter on October 20, 2015 (the "Transcript"), were filed with the clerk of the court; and

    **WHEREAS**, certain passages in the Transcript contain highly confidential and sensitive security information concerning DOC's security set-up at the Richmond County Courthouse, which if not redacted would jeopardize the security and safety of the facility, DOC staff, the detainees, and any third parties (such as defense attorneys) in that area of the facility; and

    **WHEREAS**, defendants request the entry of a protective and sealing order ordering redaction of such passages, and good cause having been shown; and

    **IT IS HEREBY ORDERED** that the following portions of the Transcript are to be redacted immediately and sealed:

        12:13 to 16:21
        39:17 to 41:9
        45:14 to 49:25
        51:5 to 54:13
        57:15 to 58:1; and

    **IT IS HEREBY FURTHER ORDERED** that the confidentiality of redacted portions of the Transcript shall be maintained by all parties to this litigation and their counsel; that use of the redacted portions of the Transcript are restricted to use in the above-entitled action; that the redacted portions of the Transcript shall be protected by plaintiffs' counsel as "Attorneys' Eyes Only," such that plaintiffs'

counsel may not disclose any to anyone other than employees of their firms and the Court; and that if any party uses any of the redacted portions of the Transcript in a court filing, such document(s) shall be filed under seal.

Dated: New York, New York
       January ___, 2016

JAN 22 2016

_____
HON. GEORGE B. DANIELS, U.S.D.J.