# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CORALYN GRUBBS, LOUIS SMITH, ALI RIVERA, and

SEAN MILLER, individually and on behalf of all other persons similarly situated

(List the full name(s) of the plaintiff(s)/petitioner(s).)

__92__ CV __2132__ ( GBD )( )

-against-

HOWARD SAFIR, in his official capacity as Police Commissioner of the City of New York; NEW YORK CITY POLICE DEPARTMENT; BERNARD KERIK, in his official capacity as Commissioner of Correction of the City of New York; NEW YORK CITY DEPARTMENT OF CORRECTION; RUDOLPH GIULIANI, in his official capacity as Mayor of the City of New York; and THE CITY OF NEW YORK

**NOTICE OF APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: CORALYN GRUBBS, LOUIS SMITH, ALI RIVERA, and SEAN MILLER, individually and on behalf of all other persons similarly situated

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: February 26, 2018

(date that judgment or order was entered on docket)

that:

Defendants' Motion for Declaratory Relief, finding that the City's proposed plan for the use of video cameras with masking technology is legally sufficient, and dissolving the Court's earlier injunctions is GRANTED; and that Plaintiffs' Motion Seeking Enforcement of this Court's Orders, Modified Injunctive Relief, and a Finding of Civil Contempt is denied.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

| | |
|---|---|
| March 8, 2018 | *[Signature]* |
| Dated | Signature* |

West, Colin, T.

Name (Last, First, MI)

| 1221 Avenue of the Americas | New York | NY | 10020-1095 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 1 (212) 819-7977 | cwest@whitecase.com |
|---|---|
| Telephone Number | E-mail Address (if available) |

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13