Daniels, G

MAR 0 8 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CORALYN GRUBBS, LEWIS SMITH, AL
RIVERA, and SEAN MILLER, individually and
on behalf of all other persons similarly situated,

      Plaintiffs,

 v.

HOWARD SAFIR, in his official capacity as Police
Commissioner of the City of New York; NEW
YORK CITY POLICE DEPARTMENT;
BERNARD KERIK, in his official capacity as
Commissioner of Correction of the City of New
York; NEW YORK CITY DEPARTMENT OF
CORRECTION; RUDOLPH GIULIANI, in his
official capacity as Mayor of the City of New
York; and THE CITY OF NEW YORK,

      Defendants.

Case No. 92-cv-2132
(GBD)

[~~PROPOSED~~] **ORDER TO SHOW CAUSE WHY THIS COURT'S ORDER SHOULD NOT BE TEMPORARILY STAYED PENDING APPEAL**

Upon sufficient cause appearing from (1) the annexed Memorandum of Law in Support of Plaintiffs' Motion by Order to Show Cause for an order staying this Court's February 26, 2018 Order (the "Order") granting Defendants' motion for declaratory relief finding that the City's proposed plan for the use of video cameras with masking technology is legally sufficient, dissolving this Court's October 30, 2015 and November 4, 2015 Injunctive Orders, and denying Plaintiffs' motions for modified injunctive relief and for contempt; and (2) all the prior papers filed and evidence submitted in this action, it is hereby

ORDERED, that the Defendants the City of New York and the New York City Department of Corrections show cause before this Court, at Room 4A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on March 27, 2018,

at 10:30 A.m., or as soon thereafter as counsel may be heard, why an order should not be issued staying this Court's Order pending appeal, and it is further

ORDERED that service of a copy of this Order to Show Cause and all papers submitted in support thereof upon the City of New York and the New York City Department of Corrections or their counsel, by hand, email, or overnight mail, on or before 4:00 P.m. on March 9, 2018 shall be deemed good and sufficient service thereof, and it is further

ORDERED that papers in opposition to Plaintiffs' application for a temporary stay pending appeal, if any, shall be served by hand, email, or overnight mail upon Plaintiffs' counsel on or before 4:00 P.m. on March 16, 2018, and it is further

ORDERED that reply papers in further support of Plaintiffs' application for a temporary stay pending appeal, if any, shall be served by hand, email, or overnight mail upon Plaintiffs' counsel on or before 4:00 P.m. on March 23, 2018.

DATED: New York, New York
ISSUED: **MAR 0 8 2018**

_____
George B. Daniels
United States District Judge

2