UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CAROLYN GRUBBS,

                      Plaintiffs,

    -against-

LEE BROWN, et al.,

                      Defendants.

------------------------------------- x

MAR 2 7 2018

ORDER

92 Civ. 2132 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record, Plaintiffs' motion for a temporary stay pending an appeal of this matter is DENIED.

Dated: New York, New York
       March 27, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

1