# ATTACHMENT 2



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 31 2015

RECEIVED

MAR 26 2015

LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

June R. Buch
*Senior Counsel*
Phone: (212) 356-2690
Fax: (212) 356-2038
jbuch@law.nyc.gov

March 24, 2015

William Gibney, Esq.
The Legal Aid Society
199 Water Street
New York, N.Y. 10038

    Re: *Grubbs v. Safir*, 92 Civ. 2132 – Pre-Arraignment Medical Screening

Dear Mr. Gibney:

    The above-captioned action was resolved in 1999 by a Stipulation of Settlement ("the *Grubbs* Stipulation"), a copy of which is annexed hereto, together with the District Court's Order approving the settlement. This letter will memorialize the agreement of the parties to temporarily suspend in part the operation and effectiveness of the *Grubbs* Stipulation, as set forth below.

    As the parties have discussed, (a) the Pre-Arraignment Medical Screening Units ("PASUs") that exist in all New York City central booking facilities, excluding Richmond County, were established in conjunction with the *Grubbs* settlement; (b) as part of the recommendation of the Mayor's Criminal Justice Task Force, the City of New York ("the City") plans to enhance the operation of the PASUs; (c) in connection with the City's plans, it has determined to conduct a pilot project ("the Pilot Project"), with the intention of implementing a more substantial screening analysis; (d) the Pilot Project is scheduled to begin in the Manhattan Criminal Courthouse in April 2015, and to last for a period of approximately one year; and (e) the Pilot Project will begin with a staffing model employing a combination of correctional health staff, a patient care associate ("PCA") and a nurse practitioner ("NP").

    Inasmuch as the *Grubbs* Stipulation specifies that pre-arraignment screening is to be staffed by Fire Department Emergency Medical Technicians ("EMTs"), the parties therefore agree as follows:

1.  The specification regarding EMTs in the *Grubbs* Stipulation shall be suspended during the Pilot Project, and

2.  In order to provide for flexibility in staffing, due to the possibility that new and more efficient staffing patterns may emerge as a result of the lessons learned during the Pilot Project, the City may staff the Pilot Project shifts in the PASUs with PCAs, NPs, or other similar medical staff, for the duration of the Pilot Project. Shifts that are not included in the Pilot Project will continue to be staffed with EMTs.

Dated: New York, New York
       March ⎯⎯ 2015

| THE LEGAL AID SOCIETY<br>199 Water Street<br>New York, NY 10038<br>(212) 577-3419<br><br>By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>William Gibney | ZACHARY W. CARTER<br>Corporation Counsel of the City of New York<br>100 Church Street<br>New York, NY 10007<br>(212) 356-2690<br><br>By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>June R. Buch<br>Senior Counsel |

SO ORDERED:   MAR 31 2015

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
UNITED STATES DISTRICT JUDGE

-2-



ZACHARY W. CARTER
Corporation Counsel

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

June R. Buch
Senior Counsel
Phone: (212) 356-2690
Fax: (212) 356-2038
jbuch@law.nyc.gov

May 26, 2016

William Gibney, Esq.
The Legal Aid Society
199 Water Street
New York, N.Y. 10038

Re:   *Grubbs v. Safir*, 92 Civ. 2132 – Pre-Arraignment Medical Screening

Dear Mr. Gibney:

This letter ("the 2016 Agreement") will memorialize a further agreement of the parties regarding medical screening in the Pre-Arraignment Screening Unit ("PASU") at the Manhattan Criminal Courthouse.

This action was resolved in 1999 by a Stipulation of Settlement ("the *Grubbs* Stipulation"), a copy of which is annexed hereto, together with the District Court's Order approving the settlement (Attachment 1). By a letter agreement dated March 24, 2015, so-ordered by the Court on March 31, 2015 (ECF Doc. 64) ("the 2015 Agreement"), the parties agreed to temporarily suspend in part the operation and effectiveness of the *Grubbs* Stipulation in connection with the establishment of a pilot project in the pre-arraignment part in the Manhattan Criminal Courthouse ("the 2015 Pilot Project"). A copy of the 2015 Agreement is also annexed hereto (Attachment 2).

The 2015 Pilot Project affected the staffing model for medical screening in the Manhattan PASU, employing a combination of correctional health staff, a patient care associate ("PCA") and a nurse practitioner ("NP"). Inasmuch as the *Grubbs* Stipulation specifies that pre-arraignment screening is to be staffed by Fire Department Emergency Medical Technicians ("EMTs"), the parties jointly sought and obtained the Court's approval of the 2015 Letter Agreement.

The 2015 Pilot Project was initiated for a projected duration of one year, and covered one shift per day, Monday through Friday. The City has now determined to expand the new staffing model to all shifts at the Manhattan PASU, seven days per week.

The parties therefore now agree as follows:

1. The specification regarding EMTs in the *Grubbs* Stipulation shall continue to be suspended with respect to the Manhattan PASU, and

2. In order to continue to provide for flexibility in staffing, the City may staff the Manhattan PASU with PCAs, NPs, registered nurses, or other similar medical staff. The PASUs in the other boroughs will continue to be staffed with EMTs.

Dated: New York, New York
May 26, 2016

| THE LEGAL AID SOCIETY<br>199 Water Street<br>New York, NY 10038<br>(212) 577-3419<br><br>By: [signature]<br>William Gibney | ZACHARY W. CARTER<br>Corporation Counsel of the City of New York<br>100 Church Street<br>New York, NY 10007<br>(212) 356-2690<br><br>By: [signature]<br>June R. Buch<br>Senior Counsel |

SO ORDERED:

[signature] George B. Daniels   JUN 07 2016
UNITED STATES DISTRICT JUDGE

- 2 -