UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

Coralyn Grubbs, et al
           Plaintiff(s),

   -against-

Lee Brown, *in his official capacity as Police Commissioner of the City of New York, et al.*
           Defendant(s).

------------------------------------------------------------------X

92cv2132(GBD)
ORDER



GEORGE B. DANIELS, United States District Judge:

The conference scheduled for March 24, 2020 is adjourned to May 26, 2020 at 9:45 a.m.

Dated: New York, New York
      March 19, 2020

                                         *George B. Daniels*
                                         GEORGE B. DANIELS
                                         United States District Judge