UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CORALYN GRUBBS et al.,

                        Plaintiffs,

            -against-

LEE BROWN et al.,

                       Defendants.
------------------------------------x

ORDER

92 Civ. 2132 (GBD)

GEORGE B. DANIELS, United States District Judge:

The May 19, 2020 conference is adjourned to July 21, 2020 at 9:45 a.m.

Dated: New York, New York
       May 5, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge