**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

GRUBBS et al.,

      Plaintiffs,

 -against-          ORDER

BROWN et al.,         92 Civ. 2132 (GBD)

      Defendants.

------------------------------------ X

GEORGE B. DANIELS, District Judge:

The November 17, 2020 initial conference is adjourned to December 1, 2020 at 9:30 a.m.

Dated: November 16, 2020
   New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE