WHITE & CASE

November 24, 2020

VIA ECF

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**T** +1 212 819 8200

whitecase.com

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Grubbs, et al. v. Brown, et al.*, Case No. 1:92-cv-02132 (GBD) – Request to (1) adjourn
the conference scheduled for December 1, 2020; and (2) extend the litigation stay and
approve the Stipulation and Proposed Order

Dear Judge Daniels,

We write on behalf of Plaintiffs in the above-titled case to request that the Court adjourn the
conference scheduled December 1, 2020.  (ECF No. 242)  Counsel for all parties consent to this
request.  If it is convenient for the Court, we request that the conference be rescheduled to the
morning of December 15, 2020.

We also request that the Court approve the attached Stipulation and Proposed Order.  Counsel for
all parties consent to this request and have signed the attached Stipulation and Proposed Order.
The Stipulation and Proposed Order extends the current litigation stay (ECF No. 241) by two
weeks from December 1 to December 15, 2020, and continues to suspend the March 30, 2020
discovery and briefing schedule (ECF No. 220).  This is the seventh request for an extension of
the litigation stay, since the parties notified the Court on April 28, 2020 (ECF No. 221) that they
have reached a settlement in principle.

Our requests are required in order to resolve pending issues so that the parties can finalize
documentation of our settlement.

Respectfully Submitted,

*/s/ Colin T. West*
Colin T. West
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020

Telephone: (212) 819-8200

Chris Pisciotta
THE LEGAL AID SOCIETY
Criminal Defense Practice
Special Litigation Unit
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3265

*Attorneys for Plaintiffs*