WHITE & CASE



December 14, 2020

VIA ECF

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Grubbs, et al. v. Brown, et al.*, Case No. 1:92-cv-02132 (GBD) – Request to adjourn the conference scheduled for December 15, 2020

Dear Judge Daniels,

We write jointly on behalf of Plaintiffs and Defendants in the above-titled case. The parties are happy to inform the Court that we have finalized our settlement documents. Plaintiffs are drafting an application concerning the settlement, which we anticipate sharing with the City's counsel this week, and assuming no objections, thereafter filing with the Court. Accordingly, we request that the Court adjourn the conference scheduled December 15, 2020 until January 5, 2021, or another date that is convenient for the Court.

Respectfully Submitted,

*/s/ Colin T. West*
Colin T. West
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200

Chris Pisciotta
THE LEGAL AID SOCIETY
Criminal Defense Practice
Special Litigation Unit
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3265

*Attorneys for Plaintiffs*

SO ORDERED

DEC 10 2020

The initial conference is adjourned from December 15, 2020 to January 19, 2021 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

WHITE & CASE

/s/ *Janice Birnbaum*
JAMES E. JOHNSON
Corporation Counsel of the City of New York
Attorney for Defendant City of New York
100 Church Street, Room 2-192
New York, New York 10007
(212) 356-0285
jbirnbau@law.nyc.gov

*Attorneys for Defendants*