UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CORALYN GRUBBS, LOUIS SMITH, ALI RIVERA, and SEAN MILLER, individually and on behalf of all other persons similarly situated, | : : : : | |
| Plaintiffs, | : : | No. 92-cv-2132 (GBD) |
| v. | : : | **NOTICE OF MOTION FOR APPROVAL OF CLASS SETTLEMENT AND WAIVER OF CLASS NOTICE AND HEARING REQUIREMENTS UNDER FRCP 23(e)** |
| DERMOT F. SHEA, in his official capacity as Police Commissioner of the City of New York; NEW YORK CITY POLICE DEPARTMENT; CYNTHIA BRANN, in her official capacity as Commissioner of Correction of the City of New York; NEW YORK CITY DEPARTMENT OF CORRECTION; BILL DE BLASIO, in his official capacity as Mayor of the City of New York; THE CITY OF NEW YORK, | : : : : : : : : : : | |
| Defendants. | : | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the Plaintiffs hereby move before the Honorable George B. Daniels of the United States District Court for the Southern District of New York for an order (1) approving the settlement reached with Defendants, submitted as Exhibit 1 to the Memorandum of Law in Support of this Motion, pursuant to Rule 23 of the Federal Rules of Civil Procedure, and (2) waiving the notice and hearing requirements of Federal Rule of Civil Procedure 23(e).  Defendants consent to this relief.

Dated: February 19, 2021

        New York, New York

*/s/ Colin T. West*
Colin T. West
WHITE & CASE
Attorneys for Plaintiffs
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200
cwest@whitecase.com


Chris Pisciotta
LEGAL AID SOCIETY
Attorney for Plaintiffs
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3265
CPisciotta@legal-aid.org