UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

Coralynn Grubbs, *et al.,* ,

                                    Plaintiffs,

            -against-

Dermot Shea, in his official capacity as Police
Commissioner of the City of New York, *et al.,*[1]

                                    Defendants.

---------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF
DISMISSAL**

92 CV 2132 (GBD)

        **WHEREAS** plaintiffs in the action titled *Grubbs, et al.* v. *Brown, et al.*, Case No.

92-cv-2132 (S.D.N.Y.) commenced an action by filing a Class Action Complaint on or about

March 25, 1992, against a number of defendants, including the City of New York (the "City"),

on behalf of, *inter alia,* its mayoral agency, the New York City Department of Correction (DOC)

(together, the "City Defendants"), alleging violations of plaintiffs' federal civil and related state

law rights;

        **WHEREAS** the City Defendants denied any and all liability arising out of

plaintiffs' allegations;

        **WHEREAS** on January 23, 1996, the Court certified a class of all persons who

are held by the City Defendants in police precincts, central booking facilities and criminal court

buildings in New York City while awaiting their arraignment, or who were held by the City

Defendants following arraignment in criminal court buildings while appearing for other

proceedings in connection with their criminal prosecutions (the "Plaintiff Class");

---
[1] Pursuant to F.R.C.P. 25(d), the following New York City officials are automatically substituted as defendants in their official capacities: N.Y.P.D. Police Commissioner Dermot Shea; N.Y.C. Department of Correction Commissioner Cynthia Brann; and N.Y.C. Mayor Bill de Blasio.

**WHEREAS** plaintiffs and the City Defendants entered into a stipulation of settlement so-ordered on September 28, 1999 (the "1999 Stipulation"; Docket No. 61);

**WHEREAS** paragraph 11 of the 1999 Stipulation provided that the City would use its best efforts to construct or install by August 31, 1999, an interview booth for pre-arraignment detainees to consult privately with their counsel in the courthouse at 67 Targee Street, Staten Island, New York (the "Targee St. Courthouse");

**WHEREAS** in 2015 the Targee St. Courthouse was replaced with a new Richmond County Courthouse at 26 Central Avenue, Staten Island ("SI"), New York (the "SI Courthouse"), which has four attorney-client interview booths ("booths") for pre-arraignment detainees that were monitored by video cameras (the "cameras");

**WHEREAS** plaintiffs filed a motion by order to show cause on October 2, 2015, seeking the removal of the cameras from the pre-arraignment booths and thereafter pursuing related injunctive relief (hereinafter, the "2015 Litigation");

**WHEREAS** the City denies any and all liability arising out of plaintiffs' allegations in the 2015 Litigation;

**WHEREAS** video cameras and video camera housing units have been removed from the four attorney-client interview booths for pre-arraignment detainees at the SI Courthouse and have been installed on the ceilings and/or walls of the pre-arraignment holding pens;

**WHEREAS** the City and the plaintiffs (collectively, the "parties") have resolved the 2015 Litigation by entering into a private settlement agreement; and

**NOW, THEREFORE, IT IS STIPULATED AND AGREED, BY AND BETWEEN THE UNDERSIGNED, and SO ORDERED** that the 2015 Litigation in the above-captioned action is dismissed, with prejudice.

- 2 -

Dated:    New York, New York
               _April 1_____, 2021

WHITE & CASE
Attorneys for Plaintiffs
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200
cwest@whitecase.com

By: _____
     Colin T. West

LEGAL AID SOCIETY
Attorney for Plaintiffs
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3265
cppisciotta@legal-aid.org

By: _____
    Janet Sabel

JAMES E. JOHNSON
Corporation Counsel for the City of New York
Attorney for Defendant City of New York
100 Church Street, Room 2-195
New York, New York 10007
(212) 356-0285
jbirnbau@law.nyc.gov

By: _____
    Janice Birnbaum

SO ORDERED:    APR 2 6 2021
_____
        U.S.D.J.