UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

Grubbs, *et al.,*

                          Plaintiffs,

              -against-

Brown, *et al.,*

                        Defendants.

-------------------------------------------------------------------------x

**MOTION OF JANICE BIRNBAUM TO WITHDRAW AS ATTORNEY FOR DEFENDANT CITY OF NEW YORK**

92-CV-2132 (GBD)

      In accordance with the Southern District of New York's Local Civil Rule 1.4, Assistant Corporation Counsel Janice Birnbaum respectfully requests that this Court withdraw her appearance for Defendant City of New York in this matter. Ms. Birnbaum seeks to withdraw her appearance because she is retiring this month, with a currently projected last day in the office of January 28, 2022. A Stipulation and Order of Dismissal was entered in the above-captioned case on April 26, 2021, and the case is currently closed.  A proposed order is attached.

                          Respectfully submitted,

                          **GEORGIA M. PESTANA**
                          Corporation Counsel of the City of New York
                          100 Church Street
                          New York, NY 10007

                          By:    /s/ _____
                                Janice Birnbaum (jbirnbau@law.nyc.gov)
                                Assistant Corporation Counsel
                                (212) 356-2085

Dated: New York, NY
        January 28, 2022