UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Grubbs, *et al.*,

                         Plaintiffs,

-against-

Brown, et al.,

                         Defendants.

------------------------------------------------------------------x

JAN 31 2022

[~~PROPOSED~~] **ORDER FOR WITHDRAWAL OF ATTORNEY**

92 CV 2132 (GBD)

**PLEASE TAKE NOTICE** that Assistant Corporation Counsel Janice Birnbaum in the above-captioned action is hereby withdrawn as counsel of record on behalf of the Corporation Counsel of the City of New York, Georgia M. Pestana, attorney for Defendant City of New York.

So ordered:

JAN 31 2022

_____
Hon. George B. Daniels